Law Offices of
**REINER, SLAUGHTER,
MAINZER & FRANKEL, LLP**
2851 Park Marina Drive, Suite 200
Post Office Box 494940
Redding, CA  96049-4940
(530) 241-1905
FAX (530) 241-0622

Russell Reiner, State Bar No. 84461
Todd E. Slaughter, State Bar No. 87753
Benjamin H. Mainzer State Bar No. 257748
Rick Lundblade, State Bar No. 220662
April K. Stratte, State Bar No. 290423

Law Offices of
**MURPHY AUSTIN ADAMS
SCHOENFELD LLP**
555 Capitol Mall, Suite 850
Sacramento, CA 95814
(916) 446-2300
FAX (916) 503-4000

Alexander F. Stuart, State Bar No. 96141

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| XENIA SIMMONS; ZHANA McCULLOUGH; ARTHUR ROTTER; GENE ROTTER; DANIELLE ROTTER; and KELLY ANNE ROTTER,<br><br>Plaintiffs,<br><br>vs.<br><br>LIBERTY MUTUAL FIRE INSURANCE COMPANY, et al.,<br><br>Defendants.<br>_____/ | CASE NO. 2:21-cv-02215-TLN-DMC<br><br>Assigned to Hon. Troy L. Nunley<br><br>**JOINT STIPULATION TO MODIFY INITIAL PRETRIAL SCHEDULING ORDER AND ORDER**<br><br>Complaint Filed:  September 30, 2021<br>Trial Date:            None Set |

Pursuant to Civil Local Rule 143(a)(1) and subject to the Court's approval, the parties hereto jointly stipulate to further modify the Pretrial Scheduling Order filed December 1, 2021, (Document #3) as detailed below. This is the first request to modify the schedule.

---

JOINT STIPULATION TO MODIFY INITIAL PRETRIAL SCHEDULING ORDER AND ORDER        PAGE 1

This stipulation is being made because the parties wish to participate in mediation and want to avoid unnecessary costs that would be incurred prior to mediation if the scheduling order is not modified.  The parties contemplate this will give mediation the greatest chance for success.

Accordingly, in order to best manage costs and promote the efficient resolution of this matter, the parties propose the following amendments to the scheduling order.

There is no trial date set in this matter.   There will be no inconvenience to the Court if this stipulation is granted.

The parties stipulate and agree to the following amendments in the scheduling order:

| Event | Current Deadline | New Proposed Deadline |
|---|---|---|
| Disclosure of Experts | November 1, 2022 | May 1, 2023 |
| Supplemental Disclosure of Experts | 20 days after designation | May 22, 2023 |

The parties agree that all other matters contained in the Initial Pretrial Scheduling Order (Docket 3) filed December 1, 2021, are incorporated herein.

DATED:  October 31, 2022		REINER, SLAUGHTER, MAINZER & FRANKEL

By  /s/Russell Reiner
RUSSELL REINER
BENJAMIN H. MAINZER
Attorneys for Plaintiffs

DATED:  October 31, 2022		ROPERS MAJESKI PC

By     /s/Kristina A. Fretwell (as authorized on 10/31/2022)
BLAKE J. RUSSUM
KRISTINA A. FRETWELL
Attorneys for LIBERTY MUTUAL FIRE INSURANCE COMPANY

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: October 31, 2022

Troy L. Nunley
United States District Judge