BLAKE J. RUSSUM (SBN 258031)
KRISTINA A. FRETWELL (SBN 297624)
ROPERS MAJESKI PC
545 Middlefield Road, Suite 175
Menlo Park, CA  94025
Telephone:     650.364.8200
Facsimile:      650.780.1701
Email:            blake.russum@ropers.com
                    kristina.fretwell@ropers.com

Attorneys for LIBERTY MUTUAL FIRE INSURANCE COMPANY

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| XENIA SIMMONS; ZHANA McCULLOUGH; ARTHUR ROTTER; GENE ROTTER; DANIELLE ROTTER; and KELLYANNE ROTTER,<br><br>Plaintiff,<br><br>v.<br><br>LIBERTY MUTUAL INSURANCE COMPANY; LIBERTY MUTUAL FIRE INSURANCE COMPANY; and DOES 1through 150, inclusive,<br><br>Defendants. | Case No. 2:21-cv-02215-TLN-DMC<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO MOTION FOR SUMMARY JUDGMENT** |

**IT IS HEREBY STIPULATED** by and between Plaintiffs Xenia Simmons, Arthur Rotter, Gene Rotter, Danielle Rotter, and Kellyanne Rotter ("Plaintiffs") and Defendant Liberty Mutual Fire Insurance Company ("Liberty"), by and through their respective attorneys of record, that Plaintiffs shall have up to and including January 19, 2023 to file and serve their Opposition to Liberty's Motion for Summary Judgment, or in the Alternative Partial Summary Judgment. Pursuant to Local Rule 230(d), Liberty's Reply shall be filed no later than ten days after Plaintiffs' Opposition is filed, or January 30, 2023.

///

///

The parties are scheduled to participate in a mediation on December 6, 2022. The parties wish to avoid unnecessary costs if the matter can be resolved informally. The parties contemplate the extension of time will give mediation the greatest chance for success.

All signatories to this Stipulation, and on whose behalf the filing is submitted, concur in the Stipulation's content and have authorized its filing.

Dated: December 1, 2022                         ROPERS MAJESKI PC


By: */s/ Kristina A. Fretwell*
   BLAKE J. RUSSUM
   KRISTINA A. FRETWELL
   Attorneys for Defendant LIBERTY
   MUTUAL FIRE INSURANCE COMPANY


Dated: December 1, 2022                         REINER, SLAUGHTER, MAINZER & FRANKEL, LLP


By: */s/ Benjamin H. Mainzer*
   BENJAMIN H. MAINZER
   Attorneys for Plaintiffs


PURSUANT TO STIPULATION, IT IS SO ORDERED.


DATED: December 1, 2022

_____
Troy L. Nunley
United States District Judge

STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO MOTION FOR SUMMARY JUDGMENT