LAW OFFICES OF
**REINER, SLAUGHTER,
MAINZER & FRANKEL, LLP**
2851 Park Marina Drive, Suite 200
Post Office Box 494940
Redding, CA 96049-4940
(530) 241-1905
FAX (530) 241-0622

Russell Reiner, State Bar No. 84461
Todd E. Slaughter, State Bar No. 87753
Benjamin H. Mainzer State Bar No. 257748
Rick Lundblade, State Bar No. 220662
April K. Stratte, State Bar No. 290423

LAW OFFICES OF
**MURPHY AUSTIN ADAMS
SCHOENFELD LLP**
555 Capitol Mall, Suite 850
Sacramento, CA 95814
(916) 446-2300
FAX (916) 503-4000

Alexander F. Stuart, State Bar No. 96141

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| XENIA SIMMONS; ZHANA McCULLOUGH; ARTHUR ROTTER; GENE ROTTER; DANIELLE ROTTER; and KELLY ANNE ROTTER,<br><br>Plaintiffs,<br><br>vs.<br><br>LIBERTY MUTUAL FIRE INSURANCE COMPANY, et al.,<br><br>Defendants.<br>_____/ | CASE NO. 2:21-cv-02215-TLN-DMC<br><br>Assigned to Hon. Troy L. Nunley<br><br>**JOINT STIPULATION AND ORDER TO MODIFY INITIAL PRETRIAL SCHEDULING ORDER AND ORDER**<br><br>**Complaint Filed:** September 30, 2021<br>**Trial Date:** None Set |

Pursuant to Civil Local Rule 143(a)(1) and subject to the Court's approval, the parties hereto jointly stipulate to further modify the Pretrial Scheduling Order filed December 1, 2021, (ECF 3) and the Court's prior modification of the Scheduling Order (ECF 18) as detailed below. This is the second request to modify the schedule.

This stipulation is being made because, due to a calendaring mistake on the part of Defendant, Defendant requires additional time to prepare its Rule 26 expert witness disclosure and accompanying reports. The parties met and conferred regarding the additional extension and agree that a two-week extension of the present disclosure dates would facilitate expert discovery in this case while continuing to move the case forward. There is no trial date or pre-trial conference date set in this matter. There will be no inconvenience to the Court if this stipulation is granted.

Accordingly, the parties stipulate and agree to the following amendments in the scheduling order:

| Event | Current Deadline | New Proposed Deadline |
| --- | --- | --- |
| Disclosure of Experts | May 1, 2023 | May 15, 2023 |
| Supplemental Disclosure of Experts | May 22, 2023 | June 5, 2023 |
| Expert Discovery Cut Off | | 60 days after the expert's disclosure or 60 days after the Court's ruling on defendant's motion for summary judgment, whichever is later |

The parties agree that all other matters contained in the Initial Pretrial Scheduling Order remain unchanged.

DATED: April 27, 2023            MURPHY AUSTIN ADAMS SCHOENFELD LLP


By _/s/ Alexander Stuart_____
    ALEXANDER STUART
    Attorneys for Plaintiffs

DATED: April 27, 2023            ROPERS MAJESKI PC


By _/s Norman Lau_____
    BLAKE J. RUSSUM
    NORMAN LAU
    Attorneys for LIBERTY MUTUAL FIRE INSURANCE COMPANY

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: April 27, 2023

Troy L. Nunley
United States District Judge